IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00210 |
| | ) | JUDGE SHARP |
| FRANCISCO ARIAS | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Francisco Arias moves to extend the time for filing pretrial motions in this securities fraud matter until December 24, 2013, the deadline for filing other pretrial motions. This matter currently is set for trial on January 14, 2014. Mr. Arias is in federal custody serving a federal sentence on an unrelated matter.

In support of this motion, the defendant would show the following: Defense counsel has taken several steps in an effort to move this matter forward, but is still not in a position to determine whether pretrial motions are appropriate or necessary.

1. Counsel has retained an expert to assist the defense in understanding the complexities of this case, but the expert is still reviewing the voluminous discovery.

2. Lastly, counsel has renewed her request to the government to meet to conduct a review of the case and discovery in an effort to facilitate resolution of the case. The current prosecutor has indicated his amenability to such a meeting, and counsel will follow-up to schedule this meeting.

At present time, counsel is unable to determine what pretrial motions may be appropriate. This matter involves complex financial and criminal law issues that are not involved in routine