**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:11-00210** |
| | ) | **JUDGE SHARP** |
| **FRANCISCO ARIAS** | ) | |


## O R D E R


     Pending before the Court is the Government's Motion for Status and Scheduling Hearing

(Docket No. 64) to which there is no opposition.

     The motion is GRANTED and a status conference is hereby scheduled for Monday,

August 11, 2014, at 2:30 p.m.

     It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE