UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00210 |
| ) | JUDGE SHARP |
| FRANCISCO ARIAS ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Re-Set March 11 Sentencing Hearing (Docket No. 84).

The motion is GRANTED and the sentencing hearing schedule for March 11, 2016 is hereby rescheduled for Monday, March 21, 2016, at 3:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE