MOTION GRANTED;
Hearing reset for Friday, April 7, 2017, at 1:30 p.m.

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00210 |
| | ) | JUDGE SHARP |
| FRANCISCO ARIAS | ) | |

### MOTION TO CONTINUE JANUARY 13 SENTENCING HEARING

This matter is set for a sentencing hearing on January 12, 2017.

As mentioned in previous motions, this securities fraud case involves complicated sentencing calculations and other sentencing issues. The 88 page presentence report contains information and sentencing calculations that deviate significantly from the calculations that the parties had discussed, anticipated and carefully negotiated before reaching a plea agreement.

Counsel requests additional time to investigate and review the potential sentencing issues. This sentencing investigation has taken longer than initially anticipated. Counsel respectfully requests that this matter be continued by approximately 90 days.

Undersigned counsel has advised the government and probation office of her intent to seek a continuance of the sentencing hearing, and neither party indicated any objections.

For these reasons, defense counsel requests that the Court continue the January 13, 2017 sentencing by approximately 90 days. Due to scheduling conflicts, counsel requests that this matter not be rescheduled April 13-14, 2017.